**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**LATASHA BICKCOM AND KELVIN DEERE, SR.,
AS NEXT FRIENDS AND NATURAL GUARDIANS OF
KELVIN DEERE, JR., PAMELA GAMILL,
RICKEY GAMILL, CRYSTAL STOWERS,
AND CAROLYN STOWERS**                                                **PLAINTIFFS**

**VS.**                                        **CIVIL ACTION NO.: 4:13-cv-00108-
(SA)(JMV)**

**CITY OF BELZONI, OFFICER KIM WASHINGTON,
IN HIS INDIVIDUAL AND PROFESSIONAL CAPACITY,
AND JOHN DOES 1-10**                                        **DEFENDANTS**

<u>**ORDER OF DISMISSAL**</u>

 Pursuant to a Stipulation of Dismissal filed by the Parties with the Clerk of the Court in

Civil Action No. 4:13-cv-00108-SA-JMV, and as further evidenced by the signatures of their

duly authorized counsel of record on the Stipulation of Dismissal, the Court holds that all claims

of all Parties should be dismissed in their entirety with prejudice.

 IT IS, THEREFORE, ORDERED that this cause is dismissed in its entirety with

prejudice.

 SO ORDERED, this the 15th day of October, 2013.


            /s/ Sharion Aycock     
          UNITED STATES DISTRICT JUDGE